An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KIMBERLY GUARDADO,<br>Appellant,<br>vs.<br>LAURA TREND, AN INDIVIDUAL;<br>AND BARBARA JACKSON, AN<br>INDIVIDUAL,<br>Respondents. | No. 61706 |



**FILED**

MAR 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal, with the parties to bear their own costs and fees, is approved. NRAP 42(b). Accordingly, we hereby

ORDER this appeal DISMISSED.

_____, C.J.
Pickering

cc: Jim Van Winkle, Short Trial Judge
Laurie A. Yott, Settlement Judge
Burton Bartlett & Glogovac, Ltd.
Whitehead & Whitehead
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07149